D. G. Malloy and J. H. Malloy, partners using the firm name of Malloy Brothers, Appellants, v. Josh Kirkland and Eli Vickers, partners using the firm name of Kirkland & Co., and James Holmes, Appellees.

In Banc.

Appeal from Circuit Court, Taylor county; Bascom H. Palmer, Judge.

H. J. McCall for appellants.

C. J. Hardee for appellees.

The bill in this cause was filed by the appellants against the appellees. There was a decree for the defendants, and the complainants appeal. The appeal is dismissed on motion of counsel for the appellees.